JOHN FRANCIS GANNON, an Infant under the Age of Fourteen Years, by JOHN GANNON, His Guardian ad Litem, and ANNE GANNON, Appellants, v. YONKERS BUS, INC., and GEORGE VALERIOTTI, Respondents, and Another, Defendant.— Action to recover damages for personal injuries. Order modifying a notice of examination of respondents before trial as adverse parties by changing the place of examination therein designated, affirmed, without costs, the examination to proceed on five days' notice. No opinion. Carswell, Adel, Taylor and Close, JJ. concur; Hagarty, J., not voting.

ELIZABETH HUGHES, as Administratrix, etc., of THOMAS F. HUGHES, Deceased, Appellant, v. HENRY M. ADAMS, Defendant, and JAMES ENGLISH, Respondent.— Action to recover damages for wrongful death. Appeal from so much of an order as denied an examination of defendant English before trial as a witness. Order, in so far as appealed from, reversed on the law and facts, with ten dollars costs and disbursements, and motion for examination of defendant English granted to the extent sought in the notice of motion, the examination to proceed on five days' notice. The denial of plaintiff's motion to examine defendant English was improvident. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

(September 29, 1942.)

In the Matter of the Application of WILLIAM SELIGMAN, Appellant, against S. HOWARD COHEN and Others, as Commissioners of Election of the City of New York, MICHAEL F. WALSH, Secretary of State of the State of New York, JAMES T. HALLINAN as the Nominee of the Democratic Party for the Office of Surrogate in the County of Queens, ANTHONY P. SAVARESE as Nominee of the Republican and American Labor Parties for the Office of Surrogate of Queens County, JOHN HETHERINGTON as Surrogate of Queens County, JAMES A. ROE as Chairman of the Executive Committee of the Democratic Party of Queens County, WARREN B. ASHMEAD as Chairman of the Executive Committee of the Republican Party of Queens County and HARRY CHAPMAN as Chairman of the Executive Committee of the American Labor Party of Queens County, Respondents, for an Order Restraining and Prohibiting the Board of Elections from Printing on the Ballot or Including on the Voting Machines for Election in November, 1942, the Name of Any Candidate for the Office of Surrogate of Queens County, and for an Order Declaring Void the Certificate of the Secretary of State, Filed with the Board of Elections of the City of New York, Attesting That a Vacancy Will Exist in the Office of the Surrogate of Queens County on January 1st, 1943.— On argument, order affirmed, without costs. Appellant's motion for leave to appeal to the Court of Appeals granted. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur. [179 Misc. 117. Affd. 289 N. Y. 631.]